IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS KELLY, on behalf of | ) | |
| Himself and all other similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| *v.* | ) | No. 1:15-cv-04267 |
| | ) | |
| FARMEDHERE, LLC, an Illinois Limited Liability | ) | Honorable Ruben Castillo |
| Company, MARK THOMANN, Individually, | ) | Magistrate Judge Hon. Jeffrey T. Gilbert |
| STEVE DENENBERG, Individually, and | ) | |
| MARK WEGLARZ, Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>STIPULATION TO DISMISS</u>

The proposed Agreement having met the Court's approval, it is hereby stipulated and agreed by and between the Plaintiff, THOMAS KELLY, on behalf of Himself and all others similarly situated ("Plaintiff"), and the Defendants FARMEDHERE, LLC, MARK THOMANN, STEVE DENENBERG, and MARK WEGLARZ, acting through their respective attorneys, that the action filed against the Defendants by Plaintiff, Thomas Kelly and the Prospective Class Members, Andre Moore, Brian Devitt, Curtis Jeffries, Erica Braxton, Max Gonzales, Moniq Turner, Randy Rodriguez, Sam Romo, and Sharon Miller, is hereby dismissed with prejudice, without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully compromised and adjourned.

Dated this <u>3rd</u> day of <u>February</u> 2016.

By:___/s/ Jamie L. Filipovic_____
Attorney for Defendants
Jamie L. Filipovic

By:___/s/ Frank J. Andreou_____
Attorney for Plaintiff
Frank J. Andreou

By:___/s/ Elizabeth Bower Kent_____
Attorney for Plaintiff
Elizabeth Bower Kent

Jamie Filipovic
O'Hagan, LLC
1 East Wacker Drive
Suite 3400
Chicago, Illinois 60601
T: (312) 422-6100
F: (312) 422-6110
kohagan@ohaganlaw.com
jfilipovic@ohaganlaw.com


Frank J. Andreou
Elizabeth Bower Kent
ANDREOU & CASSON, LTD.
661 W. Lake Street, Suite 2 North
Chicago, Illinois 60661
Email: fandreou@andreou-casson.com
ebklaw@comcast.net

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that a true and correct copy of said document was

served upon all parties of record, pursuant to ECF as to Filing Users in accordance with

Fed.R .Civ.P. *5* (a) and (b) on this February 3, 2016.

/s/ Jamie L. Filipovic
Jamie L. Filipovic

Frank J. Andreou
Courtney E. Lindbert,
Elizabeth Bower Kent
ANDREOU & CASSON, LTD.
661 W. Lake Street, Suite 2 North
Chicago, Illinois 60661
Email: fandreou@andreou-casson.com
clindbert@andreou-casson.com
ebklaw@comcast.net

2